# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| ERIK SILGUERO, | |
| Plaintiffs, | |
| v. | 3:18-cv-00628 |
| ONEMAIN FINANCIAL GROUP, LLC, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, ERIK SILGUERO ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: October 24, 2018                RESPECTFULLY SUBMITTED,

By: /s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff
Krohn & Moss, Ltd.
10 N. Dearborn St
Suite 301
Chicago, IL 60602
Tel: (312) 578-9428 ext 242
Fax: (866) 861-1390
Email: ahill@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2018, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

By:   /s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff