# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | | |
|---|---|---|
| ERIK SILGUERO, | - | |
| | - | |
| Plaintiffs, | - | |
| | - | |
| v. | - | 3:18-cv-00628-JD-MGG |
| | - | |
| ONEMAIN FINANCIAL GROUP, LLC, | - | |
| | - | |
| Defendant. | - | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, ERIK SILGUERO ("Plaintiff"), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ONEMAIN FINANCIAL GROUP, LLC, ("Defendant"), in this case.

DATED:  November 30, 2018                    RESPECTFULLY SUBMITTED,

By: /s/ Adam T. Hill
   Adam T. Hill
   Attorney for Plaintiff
   Krohn & Moss, Ltd.
   10 N. Dearborn St
   Suite 301
   Chicago, IL 60602
   Tel: (312) 578-9428 ext 242
   Fax: (866) 861-1390
   Email: ahill@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2018, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

By: /s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff
